**BENJAMIN J. CARMAN, ESQ.**
NV Bar # 12565
**ADAM C. EDWARDS, ESQ.**
NV Bar # 15405
**THE BIG GUNS INJURY ATTORNEYS**
4045 Spencer Street Suite A52
Las Vegas, NV 89119
Telephone: (702) 500-GUNS
Facsimile: (702) 628-7095
service@thebigguns.law
Attorneys for Plaintiff
Tabasum Qubad

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TABASUM QUBAD, an individual; | 2:25-cv-01253 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES (FIRST REQUEST)** |
| v. | |
| FARMER BROS. CO., a foreign corporation; BREWMATIC CO, a foreign company; BREWMATIC INTERNATIONAL, a foreign corporation; DOE MANUFACTURERS I - X; ROE WHOLESALERS I - X; ROE RETAILERS I-X | |
| Defendants | |

Plaintiff Tabasum Qubad and Defendant Farmer Bros Co., by and through their respective counsel of record, hereby stipulate and agree to continue the discovery dates in this matter and request that the court enter a new Discovery Scheduling Order containing said agreed-upon dates.

**A.     STATEMENT SPECIFYING THE DISCOVERY COMPLETED:**

1
STIPULATION AND ORDER

The following discovery has been completed by the parties:

1.   Plaintiff's Initial Disclosures

2.   Defendant's Initial Disclosures

3.   Plaintiff's requests for production of documents to defendant, and responses

4.   Plaintiff's Interrogatories to Defendant, and responses

5.   Plaintiff's requests for admissions to Defendant, and responses

6.   Plaintiff's initial designation of expert witnesses Defendant's initial designation of expert witnesses

7.   Defendant's rebuttal designation of expert witnesses

8.   Defendant's interrogatories to Plaintiff

9.   Defendant's request for production of documents to Plaintiff

**B.     A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

1.   Additional written discovery by the parties

2.   Depositions of Experts

3.   Deposition of Plaintiff

4.   Deposition of Defendant

5.   Deposition of FRCP 30(b)(6) designee(s) of Defendant

STIPULATION AND ORDER

**C.    THE REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER:**

The parties have engaged in discovery diligently, though there is a pending discovery dispute that will almost certainly result in a filed motion for the Court to decide.  As this dispute may yield additional substantive material, particularly as it relates to document production and additional witness identification, there will need to be more time for the same.  Moreover, the parties have been trying to coordinate the scheduling of depositions within the existing deadlines, and cannot accomplish a schedule that would work.  An additional ninety days should accommodate the pending motion to compel as well as the party's schedules for depositions.

**D.    A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

| Deadline: | Old Date | New Date |
|---|---|---|
| Amend Pleadings or Add Parties: | 11/25/2025 | **CLOSED** |
| Initial Expert Disclosures: | 12/26/2025 | **CLOSED** |
| Rebuttal Expert Disclosures: | 01/26/2026 | **CLOSED** |
| Close of Discovery: | 02/23/2026 | **05/26/2026** |
| Dispositive Motion Deadline: | 03/25/2026 | **06/26/2026** |

STIPULATION AND ORDER

**E.    SAID REQUEST IS NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER.**

**SO AGREED.**

DATED February 18, 2026

**THE BIG GUNS INJURY ATTORNEYS**

/s/Benjamin J. Carman

BENJAMIN J. CARMAN, ESQ.
ADAM C. EDWARDS, ESQ.
Attorneys for Plaintiff
Tabasum Qubad

DATED February 18, 2026

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/Brooke A. Bohlke

JOSH COLE AICKLEN, ESQ.
BROOKE A. BOHLKE, ESQ.
Attorneys for Defendant
Farmer Bros Co.

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

Date:  February 19, 2026

4
STIPULATION AND ORDER