THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
**PARKER, NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
Email: tparker@parkernelson.com

*Attorneys for Defendants,*
*Farmer Bros. Co., Brewmatic Co,*
*and Brewmatic International*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TABASUM QUBAD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FARMER BROS. CO., a foreign corporation; BREWMATIC CO, a foreign company; BREWMATIC INTERNATIONAL, a foreign corporation; DOE MANUFACTURERS I - X; ROE WHOLESALERS I - X; ROE RETAILERS I-X,<br><br>Defendants. | Case No.: 2:25-cv-01253-APG-EJY<br><br>~~CONSENT ORDER GRANTING~~ **SUBSTITUTION OF COUNSEL** |

Defendants, Farmer Bros. Co., Brewmatic Co, and Brewmatic International, hereby authorizes and consents to the substitution of Theodore Parker, III, Esq., of Parker, Nelson & Associates, Chtd., in the place and stead of Josh Cole Aicklen, Esq., and Brooke A. Bohlke, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith LLP, as their attorneys of record in the instant action.

DATED this 29th day of April, 2026.

LYNDA SHUE, DIRECTOR, RISK & SAFETY

*/s/ Lynda Shue*

_____

Lynda Shue

1

Josh Cole Aicklen, Esq., and Brooke A. Bohlke, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith LLP, hereby authorize and consent to the substitution of Theodore Parker, III, Esq., of Parker, Nelson & Associates, Chtd., in their place and stead as attorneys of record for Defendants, Defendants, Farmer Bros. Co., Brewmatic Co, and Brewmatic International, in the instant action.

DATED this 29th day of April, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Brooke Bohlke*

Josh Cole Aicklen, Esq.
Nevada Bar No. 7254
Brooke A. Bohlke, Esq.
Nevada Bar No. 9374

Theodore Parker, III, Esq., of Parker, Nelson & Associates, Chtd., hereby authorizes and consents to his substitution in the place and stead of Josh Cole Aicklen, Esq., and Brooke A. Bohlke, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith LLP, as attorneys of record for Defendants, Farmer Bros. Co., Brewmatic Co, and Brewmatic International, in the instant action.

DATED this 29th day of April, 2026.

**PARKER, NELSON & ASSOCIATES, CHTD.**

*/s/ Theodore Parker, III*

Theodore Parker, III, Esq.
Nevada Bar No. 4716
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
Email: tparker@parkernelson.com
*Attorneys for Defendants,*
*Farmer Bros. Co., Brewmatic Co,*
*and Brewmatic International*

**The substitution of attorney is hereby approved and so ORDERED.**

**Dated:  April 29, 2026**

U.S. MAGISTRATE JUDGE

2