THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
**PARKER, NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
Email: tparker@parkernelson.com

*Attorneys for Defendants,*
*Farmer Bros. Co., Brewmatic Co,*
*and Brewmatic International*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TABASUM QUBAD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FARMER BROS. CO., a foreign corporation; BREWMATIC CO, a foreign company; BREWMATIC INTERNATIONAL, a foreign corporation; DOE MANUFACTURERS I - X; ROE WHOLESALERS I - X; ROE RETAILERS I-X,<br><br>Defendants. | Case No.: 2:25-cv-01253-APG-EJY<br><br>**STIPULATION REGARDING DEFENDANT FARMER BROS. CO.'S SUPPLEMENTAL DISCOVERY RESPONSES**<br><br>(**First Request**) |

Plaintiff Tabasum Qubad and Defendant Farmer Bros. Co., by and through their respective counsel of record, hereby stipulate and agree as follows, and jointly request that the Court enter an Order consistent with this Stipulation.

### I.    BACKGROUND

On April 13, 2026, the Court granted in part Plaintiff's Motion to Compel (ECF No. 16) and ordered Defendant Farmer Bros. Co. to serve supplemental responses to Interrogatories Nos. 1 through 13, 14 through 20, 22, and 23; to serve supplemental responses to Requests for Production of Documents Nos. 7 through 10, 12, 13, 17, 18, 20, 23, 25 through 34, 37, and 39; and to either produce all non-privileged documents responsive to Requests for Production Nos. 19 and 24 or serve

1

a complete privilege log identifying any documents withheld thereunder. ECF No. 18. Each of those obligations was due no later than April 30, 2026. *Id*.

On April 24, 2026, the law firm of Parker, Nelson & Associates, Chtd. associated in as co-counsel of record for Defendants. ECF No. 19. Thereafter, Defendant filed a Motion for Relief from Order Granting Plaintiff's Motion to Compel (ECF No. 21), representing that incoming defense counsel did not receive the litigation file until April 29, 2026, and therefore could not comply with the Court's deadline. On April 30, 2026, the Court denied that Motion without prejudice, finding that while good cause for the requested extension existed, no meet-and-confer had occurred as required under LR 26-6. ECF No. 23. The Court ordered the parties to meet and confer regarding Defendant's requested extension no later than May 6, 2026, and to file either a stipulated schedule, or in the event of impasse, an emergency motion no later than May 14, 2026. *Id*.

## II.   MEET AND CONFER

Pursuant to the Court's April 30, 2026, Minute Order, counsel for the parties conducted a telephonic meet-and-confer conference on May 5, 2026, at 1:00 p.m. During that conference, the parties conferred in good faith and reached agreement on a revised deadline for Defendant Farmer Bros. Co. to comply with the Court's Order of April 13, 2026.

## III.   STIPULATED SCHEDULE

The parties agree, and hereby stipulate, to the following:

Defendant Farmer Bros. Co. shall serve its supplemental responses to Interrogatories Nos. 1 through 13, 14 through 20, 22, and 23; its supplemental responses to Requests for Production of Documents Nos. 7 through 10, 12, 13, 17, 18, 20, 23, 25 through 34, 37, and 39; and either all non-privileged documents responsive to Requests for Production Nos. 19 and 24 or a complete privilege log for any documents withheld thereunder, no later than **May 15, 2026, by close of business**.

This is the first stipulated extension of the deadline established by the Court's Order of April 13, 2026. No other deadlines set by the Court's Scheduling Order (ECF No. 13) or the Court's subsequent orders are modified by this Stipulation.

///

///

2

## IV.   GOOD CAUSE

Good cause exists to approve this Stipulation. Defense counsel did not receive the litigation file from predecessor counsel until April 29, 2026, one day before the Court's original deadline. ECF No. 21. The brief extension agreed upon by the parties provides defense counsel with the minimum time necessary to review the file, conduct necessary client consultation, and serve responses that comply with the Court's Order of April 13, 2026. The extension will not prejudice Plaintiff.

DATED this 7th day of May, 2026.

DATED this 7th day of May, 2026.

**PARKER NELSON & ASSOCIATES, CHTD.**

**THE BIG GUNS INJURY ATTORNEYS**

/s/ Theodore Parker, III
THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendants,*
*Farmer Bros. Co., Brewmatic Co,*
*and Brewmatic International*

/s/ Benjamin Carman
BENJAMIN CARMAN, ESQ.
Nevada Bar No. 12565
ADAM C. EDWARDS, ESQ.
Nevada Bar No. 15405
4045 Spencer Street Suite A52
Las Vegas, NV 89119
*-and-*
JACOB G. LEAVITT, ESQ.
Nevada Bar No. 12608
SIN CITY LAW
939 S. Decatur Boulevard
Las Vegas, Nevada 89107
*Attorneys for Plaintiff,*
*Tabasum Qubad*

**IT IS SO ORDERED.**

DATED: May 7, 2026

_____
UNITED STATES MAGISTRATE JUDGE

3