THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
**PARKER, NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
Email: tparker@parkernelson.com

*Attorneys for Defendants,*
*Farmer Bros. Co., Brewmatic Co,*
*and Brewmatic International*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TABASUM QUBAD, an individual, | Case No.: 2:25-cv-01253-APG-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES** |
| FARMER BROS. CO., a foreign corporation; BREWMATIC CO, a foreign company; BREWMATIC INTERNATIONAL, a foreign corporation; DOE MANUFACTURERS I - X; ROE WHOLESALERS I - X; ROE RETAILERS I-X, | (*Second Request*) |
| Defendants. | |

Plaintiff Tabasum Qubad and Defendants Farmer Bros. Co., Brewmatic Co., and Brewmatic International, by and through their respective counsel of record, hereby stipulate and agree to continue the discovery deadlines in this matter and respectfully request that the Court enter a new Discovery Scheduling Order containing the agreed-upon dates. This is the second request to extend the close of discovery. The first extension was granted via the Court's Order, dated February 19, 2026 (ECF No. 15). The current request is made within twenty-one days of the May 26, 2026, discovery cutoff but is supported by a showing of good cause, in compliance with LR 26-3 and LR IA 6-1.

///

///

1

## I.   STATEMENT SPECIFYING THE DISCOVERY COMPLETED

Plaintiff served her Initial FRCP 26(a)(1) Disclosures on September 12, 2025. Defendants served their Initial FRCP 26(a)(1) Disclosures and their First Supplemental FRCP 26(a)(1) Disclosures. Defendants subsequently served their Second Supplemental FRCP 26(a)(1) Disclosures on May 15, 2026. Plaintiff served her First Set of Interrogatories, First Set of Requests for Production of Documents, and First Set of Requests for Admission upon Defendants, and Defendants served responses and supplemental responses thereto, with Defendants' supplemental answers to interrogatories and supplemental responses to requests for production served on May 15, 2026. Defendants served their First Set of Interrogatories and First Set of Requests for Production of Documents upon Plaintiff. The parties completed their initial and rebuttal expert witness designations. Defendants obtained a subpoena return from Don Laughlin's Riverside Resort Hotel & Casino. No depositions have been taken by either party.

## II.   DESCRIPTION OF DISCOVERY THAT REMAINS TO BE COMPLETED

Substantial discovery remains to be completed. The depositions of Plaintiff Tabasum Qubad, Defendants' FRCP 30(b)(6) corporate designee(s), Plaintiff's liability expert Casey S. Scott, P.E., and Plaintiff's medical expert Dr. Jeremy M. Lipschutz, M.D., J.D., M.H.S., are all outstanding. Depending on what these depositions reveal, additional written discovery directed to the parties and third-party subpoenas to records custodians may be warranted. The parties may also need to take the depositions of percipient witnesses identified through the supplemental discovery production and the casino subpoena return. The deposition of Defendants' own FRCP 30(b)(6) designee, who will address corporate knowledge of the Brewmatic Model 1032511 coffee machine at issue, has not been scheduled. Defendants reserve the right to seek additional written discovery, including follow-up interrogatories and requests for production, upon review of the complete factual record developed through depositions.

## III.   REASONS WHY THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN

Good cause exists for the requested extension. Parker Nelson & Associates, Chtd., entered this matter through a Notice of Association of Counsel filed April 24, 2026 (ECF No. 19), and a

Substitution of Counsel granted by Order entered April 30, 2026 (ECF No. 22), replacing prior defense counsel Lewis Brisbois Bisgaard & Smith LLP. Due to delays in the file transfer from prior counsel, Parker Nelson did not receive the complete litigation file until April 29, 2026, leaving the firm fewer than thirty days before the close of discovery within which to review a substantial case record, comply with existing court orders governing supplemental discovery responses, and simultaneously organize the defense for purposes of the imminent dispositive motion deadline.

Defendants served supplemental answers to Plaintiff's First Set of Interrogatories and supplemental responses to Plaintiff's First Set of Requests for Production of Documents on May 15, 2026, in compliance with the Court's Order of May 7, 2026 (ECF No. 25). That production, together with the May 15, 2026 Second Supplemental FRCP 26(a)(1) Disclosures, represents the core documentary record upon which depositions will be taken. Adequate preparation for and scheduling of all outstanding depositions, including the depositions of multiple expert witnesses and a corporate designee, cannot be accomplished within the eight days remaining before the current May 26, 2026, discovery cutoff. The delayed transition period for defense counsel, the volume of supplemental discovery served close to the deadline, and the logistical demands of coordinating multiple expert and party depositions all collectively constitute good cause for the requested extension. The requested extension is directed solely at enabling both parties to complete a full and meaningful evidentiary record for purposes of dispositive motion practice and trial. As set forth *infra*, this request is not sought for purposes of delay.

**IV.    PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

| DEADLINE | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Amend Pleadings or Add Parties | Closed | **Closed** |
| Initial Expert Disclosures | Closed | **Closed** |
| Rebuttal Expert Disclosures | Closed | **Closed** |
| Close of Discovery | May 26, 2026 | **August 14, 2026** |
| Dispositive Motion Deadline | June 26, 2026 | **September 14, 2026** |
| Joint Pretrial Order | July 26, 2026 | **October 14, 2026** |

3

## V. THIS REQUEST IS NOT MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER

The parties represent that this stipulation is made in good faith and is not interposed for purposes of delay. The requested eighty-day extension is targeted and proportionate to the volume of outstanding depositions and the circumstances of the transition in defense counsel. Completing all depositions and any necessary follow-up discovery within the proposed schedule will serve both parties' interests in a complete trial record.

DATED this 21st day of May, 2026.

DATED this 21st day of May, 2026.

**PARKER NELSON & ASSOCIATES, CHTD.**

**THE BIG GUNS INJURY ATTORNEYS**

/s/ Theodore Parker, III
THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendants,*
*Farmer Bros. Co., Brewmatic Co,*
*and Brewmatic International*

/s/ Benjamin Carman
BENJAMIN CARMAN, ESQ.
Nevada Bar No. 12565
ADAM C. EDWARDS, ESQ.
Nevada Bar No. 15405
4045 Spencer Street Suite A52
Las Vegas, NV 89119
-and-
JACOB G. LEAVITT, ESQ.
Nevada Bar No. 12608
SIN CITY LAW
939 S. Decatur Boulevard
Las Vegas, Nevada 89107
*Attorneys for Plaintiff,*
*Tabasum Qubad*

**IT IS SO ORDERED.**

DATED:  May 21, 2026

UNITED STATES MAGISTRATE JUDGE

4